```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF GEORGIA
                        ATHENS DIVISION


JENNIFER CONWELL,                  *

        Plaintiff                  *

vs.                                *    CASE NO. 3:10-CV-99 (CDL)

MICHAEL J. ASTRUE, Commissioner    *
of Social Security,
                                   *
        Defendant
                                   *
```

O R D E R

    This matter is before the Court pursuant to a Recommendation by the United States Magistrate Judge entered on October 26, 2011. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the Order of this Court.

    IT IS SO ORDERED, this 30th day of November, 2011.

```
                              s/Clay D. Land
                              CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE
```